UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

M.L., by his parents, Y.L. and C.L.,

                Plaintiffs,

                                                            **JUDGMENT**
      - against -                                                   13-CV-2314 (RRM) (LB)

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-------------------------------------------------------------X

       A Memorandum and Order of the undersigned having been filed this day granting defendant's motion for summary judgment, and denying plaintiff's cross-motion for the same relief, and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

       ORDERED, ADJUDGED AND DECREED that plaintiffs take nothing of defendant, this action is dismissed, and the file is closed.

Dated: Brooklyn, New York
       March 27, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge